AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| STEVEN OWEN, individually, and on behalf of all others similarly situated, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-CV-02855-ZNQ-DEA |
| NESTLE HEALTHCARE NUTRITION, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plainitff Steven Owen and the Proposed Class                              .

Date:   05/19/2022

/s/ Ross B. Rothenberg
*Attorney's signature*

Ross B. Rothenberg    035702001
*Printed name and bar number*

The Rothenberg Law Firm LLP
450 7th Avenue, 44th Floor
New York, NY  10123

*Address*

ross@injurylawyer.com
*E-mail address*

(212) 563-0100
*Telephone number*

(212)629-6813
*FAX number*