**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEVEN OWEN, individually, and on behalf of all others similarly situated, | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil rule 6.1(b)] |
| Plaintiff(s) | |
| v. | Civil Action No. 3:22-cv-02855-ZNQ-D |
| NESTLÉ HEALTHCARE NUTRITION, INC., | |
| Defendant(s) | |

Application is hereby made for a Clerk's Order extending time within which defendant(s) _____ NESTLÉ HEALTHCARE NUTRITION, INC., _____ may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on _May 24, 2022_ ; and
3. Time to Answer, Move or otherwise Reply expires on _July 25, 2022_ .

_Stephanie L. Silvano_
Attorney for Defendant(s)

_200 Park Avenue, 47th Floor_
Mailing Address

_New York, New York 10166_
City, State, Zip Code

**ORDER**

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _August 8, 2022_ .
ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By:_____
Deputy Clerk