UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN OWEN, individually, and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>NESTLE HEALTHCARE NUTRITION, INC.,<br><br>           Defendant. | Civil Case No. 3:22-cv-02855-ZNQ-DEA |

## **[PROPOSED] ORDER**

This matter, having come before the Court by the Motion to Transfer or Stay filed by Defendant Nestle Healthcare Nutrition, Inc. ("Nestle"); and the Court, having considered all papers filed in support of and in opposition to said motion; and for good cause shown;

It is, on this _____ day of _____, 2022,

ORDERED that Nestle's motion is hereby DENIED.

**SO ORDERED**.                    _____
                                            Hon. Zahid N. Quraishi
                                            United States District Judge