**KAPLAN FOX & KILSHEIMER LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: 973-656-0222
Email: *wpinilis@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
850 Third Avenue
New York, NY  10022
Telephone: 212-687-1980
Email: *jstrauss@kaplanfox.com*

[*Additional Counsel Appear on Signature Page*]

*Attorneys for Plaintiff Steven Owen
 and the Proposed Class*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN OWEN, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>NESTLE HEALTHCARE NUTRITION, INC.,<br><br>                    Defendant. | Civil Case No. 3:22-cv-02855-ZNQ-DEA<br><br>Document Electronically Filed<br><br>MOTION DAY: September 6, 2022 |

**CERTIFICATE OF SERVICE**

I, Joel B. Strauss, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the date below, I caused the document entitled: "PLAINTIFF STEVEN OWEN'S OPPOSITION TO MOTION TO TRANSFER OR STAY UNDER THE FIRST-FILED RULE" to be served via the Court's CM/ECF system on all counsel of record.

DATED: August 23, 2022

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Joel B. Strauss*
     Joel B. Strauss

850 Third Avenue
New York, NY 10022
Tel. 212-687-1980
Email: *jstrauss@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Tel. 973-656-0222
Email: *wpinilis@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King*
Matthew B. George*
Blair E. Reed*
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel. 415-772-4700
Email: *lking@kaplanfox.com*
       *mgeorge@kaplanfox.com*
       *breed@kaplanfox.com*

**KUZYK LAW, LLP**
Michael D. Braun*
1999 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067
Tel. 213-401-4100
Email: *mdb@kuzykclassactions.com*

**THE ROTHENBERG LAW FIRM LLP**
Ross B. Rothenberg
450 7th Avenue, 44th Floor
New York, NY 10123
Tel. 212-563-0100
Email: *ross@injurylawyer.com*

*Attorneys for Plaintiff Steven Owen and the Proposed Class*

**Pro hac vice* pending