**KAPLAN FOX & KILSHEIMER LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: 973-656-0222
Email: *wpinilis@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
850 Third Avenue
New York, NY  10022
Telephone: 212-687-1980
Email:  *jstrauss@kaplanfox.com*

*Attorneys for Plaintiff Steven Owen*
 *and the Proposed Class*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN OWEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE HEALTHCARE NUTRITION, INC.,<br><br>Defendant. | Civil Case No. 3:22-cv-02855-ZNQ-DEA<br><br>Class Action<br><br> **ORDER FOR THE *PRO HAC VICE* ADMISSIONS OF ATTORNEYS LAURENCE D. KING, MATTHEW B. GEORGE, BLAIR E. REED AND MICHAEL D. BRAUN** |

THIS MATTER having been brought before the Court by way of motion of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), counsel for Plaintiff Steven Owen ("Plaintiff"), and counsel for Defendant having no objection hereto, and the Court having considered the matter, and for good cause shown,

IT IS on this  24th  day of  August            , 2022,

ORDERED that Laurence D. King, Matthew B. George, Blair E. Reed and Michael D. Braun are hereby admitted *pro hac vice* on behalf of Lead Plaintiffs in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that all notices, pleadings, briefs, and other papers filed with the Court shall be served upon Kaplan Fox, and that Kaplan Fox shall enter all appearances, be responsible for signed papers and for the conduct of the attorneys admitted herewith and shall be present before the Court during all phases of this action unless expressly excused by the Court; and it is further

ORDERED that Laurence D. King, Matthew B. George, Blair E. Reed and Michael D. Braun, within twenty (20) days from the date of the entry of this Order, shall each make payments to the New Jersey Lawyers' Fund for Client Protection as provided by the New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which they continue to appear *pro hac vice* in this matter, and shall each payment $150 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

                                            s/Douglas E. Arpert
                                            Honorable Douglas E. Arpert
                                            United States Magistrate Judge

--terminates ECF No. 8