**KAPLAN FOX & KILSHEIMER LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: 973-656-0222
Email: *wpinilis@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
850 Third Avenue
New York, NY  10022
Telephone: 212-687-1980
Email:  *jstrauss@kaplanfox.com*

[*Additional Counsel Appear on Signature Page*]

*Attorneys for Plaintiff Steven Owen
 and the Proposed Class*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN OWEN, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NESTLE HEALTHCARE NUTRITION, INC.,<br><br>　　　　　　Defendant. | Civil Case No. 3:22-cv-02855-ZNQ-DEA<br><br>Class Action<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE** |

**TO THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Steven Owen ("Plaintiff"), by and through his attorneys, and Defendant Nestle Healthcare Nutrition, Inc. ("Nestle"), by and through its attorneys, hereby stipulate as follows:

WHEREAS, the initial complaint was filed on May 16, 2022 (Dkt. No. 1).

WHEREAS, on July 12, 2022 Nestle filed an application with the Clerk to extend time to answer the complaint (Dkt. No. 10).

WHEREAS, on July 14, 2022, the Clerk entered a text order granting Nestle's application and ordered that Nestle respond to the complaint by August 8, 2022.

WHEREAS, on August 5, 2022, pursuant to Judge Quraishi's rules, Nestle requested a pre-motion conference in anticipation of its Motion to Dismiss (Dkt. No. 13).

WHEREAS, on August 12, 2022, Plaintiff responded to Nestle's request for a pre-motion conference in anticipation of its Motion to Dismiss (Dkt. No. 14).

WHEREAS, the Court ordered a conference on September 7, 2022 (Dkt. No. 16), which Plaintiff and Defendant attended.

WHEREAS, on September 7, 2022, the Court ordered Defendant to file its Motion to Dismiss, limited to the grounds set forth in its pre-motion latter, no later than October 7, 2022 (Dkt. No. 24).

WHEREAS, pursuant to Civil Rule 7.1, Plaintiff is required to respond at least 14 days before the motion day, and Defendant is required to reply at least 7 days before the motion day.

WHEREAS, the Parties met and conferred on September 19, 2022 and have agreed, subject to the Court's approval, to the following briefing schedule with respect to Nestle's anticipated Motion to Dismiss:

| Event | Date |
|---|---|
| Motion to Dismiss | October 7, 2022 |
| Opposition to Motion to Dismiss | November 7, 2022 |
| Reply in Support of Motion to Dismiss | November 23, 2022 |

WHEREAS, extending the foregoing deadlines will not impact any other deadlines in this case.

WHEREAS, the Parties have not previously requested that any other deadlines regarding the Motion to Dismiss be extended.

IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, subject to Court approval, that Defendant shall file its motion to dismiss on October 7, 2022; Plaintiff shall file his opposition to the

Motion to Dismiss by November 7, 2022; and Defendant shall file its Reply in Support of its Motion to Dismiss by November 23, 2022.

WHEREFORE, the Parties respectfully request that the Court enter a consent order setting forth the schedule of the above STIPULATION.

                                              Respectfully submitted,

                                              **KAPLAN FOX & KILSHEIMER LLP**

DATED:  September 22, 2022      By:  /s/ *Joel B. Strauss*
                                                  Joel B. Strauss

                                             850 Third Avenue
                                           New York, NY 10022
                                           Tel. 212-687-1980
                                           Email: *jstrauss@kaplanfox.com*

                                             **KAPLAN FOX & KILSHEIMER LLP**
                                           William J. Pinilis
                                           160 Morris Street
                                           Morristown, NJ 07960
                                           Tel. 973-656-0222
                                           Email: *wpinilis@kaplanfox.com*

                                             **KAPLAN FOX & KILSHEIMER LLP**
                                           Laurence D. King*
                                           Matthew B. George*
                                           Blair E. Reed*
                                           1999 Harrison Street, Suite 1560
                                           Oakland, CA 94612
                                           Tel. 415-772-4700
                                           Email: *lking@kaplanfox.com*
                                                        *mgeorge@kaplanfox.com*
                                                        *breed@kaplanfox.com*

|  |  |
|---|---|
|  | **KUZYK LAW, LLP**<br>Michael D. Braun*<br>1999 Avenue of the Stars, Ste. 1100<br>Los Angeles, CA 90067<br>Tel. 213-401-4100<br>Email: *mdb@kuzykclassactions.com* |
|  | **THE ROTHENBERG LAW FIRM LLP**<br>Ross B. Rothenberg<br>450 7th Avenue, 44th Floor<br>New York, NY 10123<br>Tel. 212-563-0100<br>Email: *ross@injurylawyer.com* |
|  | *Attorneys for Plaintiff Steven Owen and the Proposed Class* |
|  | *\*Admitted pro hac vice* |
| DATED: September 22, 2022 | By: *s/ Stephanie L. Silvano*<br>STEPHANIE L. SILVANO (Bar No. 168182016)<br>ssilvano@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue, 47th Floor<br>New York, New York 10166<br>Telephone: 212.351.4000 |
|  | *Attorney for Defendant Nestlé Healthcare Nutrition, Inc.* |

- 4 -

- 5 -

**IT IS SO ORDERED.**

Dated: _____, 2022           _____
                                     Hon. Douglas E. Arpert
                                     United States Magistrate Judge