UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN OWEN, individually, and on behalf of all others similarly situated,<br>　　　　　　　Plaintiff(s),<br><br>v.<br><br>NESTLE HEALTHCARE NUTRITION, INC.,<br>　　　　　　　Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 3:22-cv-02855-ZNQ-DEA |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Michael D. Braun

Address: Kuzyk Law LLP
1999 Avenue of the Stars, Suite J
Los Angeles, CA  90067-4618
213-401-4100

E-mail: mdb@kuzykclassactions.com
(One email address only)