**KAPLAN FOX & KILSHEIMER LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: 973-656-0222
Email: *wpinilis@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
800 Third Avenue, 38th Floor
New York, NY  10022
Telephone: 212-687-1980
Email:  *jstrauss@kaplanfox.com*

[*Additional counsel appear on signature page*]

*Attorneys for Plaintiff Steven Owen
 and the Proposed Class*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN OWEN, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>NESTLE HEALTHCARE NUTRITION, INC.,<br><br>        Defendant. | Civil No. 3:22-cv-02855-ZNQ-DEA<br><br>Class Action<br>Honorable Zahid N. Quraishi<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO:  THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that effective February 21, 2023, the New York office of Kaplan Fox & Kilsheimer LLP has relocated, and the address information for attorney Joel B. Strauss has changed.  The new address is:

Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY  10022

The phone and fax numbers, and email address for Mr. Strauss remains the same.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED:  March 2, 2023          By:  /s/ *Joel B. Strauss*
                                            Joel B. Strauss

800 Third Avenue, 38th Floor
New York, NY 10022
Tel. 212-687-1980
Email: *jstrauss@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Tel. 973-656-0222
Email: *wpinilis@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (*pro hac vice*)
Matthew B. George (*pro hac vice*)
Blair E. Reed (*pro hac vice*)
1999 Harrison Street, Suite 1560

- 1 -

Oakland, CA 94612
Tel. 415-772-4700
Email: *lking@kaplanfox.com*
   *mgeorge@kaplanfox.com*
   *breed@kaplanfox.com*

*Attorneys for Plaintiff Steven Owen
 and the Proposed Class*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I certify that on March 2, 2023, I caused the foregoing document to be filed with the Clerk of the Court for the United States District Court, District of New Jersey, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

*/s/ Joel B. Strauss*
Joel B. Strauss
