UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STEVEN OWEN**, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**NESTLE HEALTHCARE NUTRITION, INC.**,<br><br>Defendant. | Civil Action No. 22-2855 (ZNQ) (DEA)<br><br>**ORDER** |

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion to Transfer or Stay Under the First-Filed Rule filed by Defendant Nestle Healthcare Nutrition, Inc. ("Nestle). (ECF No. 15.) For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **6th** day of **March 2023,**

    **ORDERED** that Nestle's Motion to Transfer (ECF No. 15) is hereby **GRANTED**; and it is further

    **ORDERED** that this matter is hereby transferred to the United States District Court for the District of Northern California.

                                                           s/ Zahid N. Quraishi
                                                          **ZAHID N. QURAISHI**
                                                          **UNITED STATES DISTRICT JUDGE**